# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

    David B Opelka
    Clarita C Opelka
aka  Carlota C. Opelka

Debtor(s)

Case No.: 19-28891
Chapter: 7
Hearing Date: 1/15/20

Judge David D. Cleary

## NOTICE OF MOTION

**TO:** Miriam R. Stein, Interim Trustee, 30 S. Wacker Drive, Suite 2600, Chicago, il 60606 by electronic notice through ECF
David B Opelka, Clarita C Opelka, Debtor(s), 4710 W 149th St., Midlothian, IL 60445
David M Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF

PLEASE TAKE NOTICE that on the 1/15/20, at 10:00AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge David D. Cleary, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois Room 644 or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on January 3, 2020 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on January 3, 2020.

          /s/ Karl Meyer
          Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-18-03113)**

NOTE: This law firm is a debt collector.

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on January 3, 2020 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on January 3, 2020.

  Miriam R. Stein, Interim Trustee, 30 S. Wacker Drive, Suite 2600, Chicago, il 60606 by electronic notice through ECF
  David B Opelka, Clarita C Opelka, Debtor(s), 4710 W 149th St., Midlothian, IL 60445
  David M Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF

                                                                                      /s/ Karl Meyer
                                                                           Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-18-03113)**

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**

    David B Opelka
    Clarita C Opelka
aka   Carlota C. Opelka

Case No.: 19-28891
Chapter: 7
Hearing Date: 1/15/20

Debtor(s) | Judge David D. Cleary

## MOTION TO CONFIRM TERMINATION OR ABSENCE OF STAY

**NOW COMES** NEW RESIDENTIAL MORTGAGE, LLC (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(j) for an Order confirming termination or absence of stay, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois;

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 4710 149Th Street, Midlothian, IL 60445;

3. This security interest arose from a Note and Mortgage, executed on 7/11/2008, in the amount of $107,300.00;

4. Debtor filed a petition under Chapter 7 of Title 11, United States Bankruptcy Code on 10/10/19;

5. The Debtor has had one prior case dismissed within 365 days of filing the current case:

    a. Bankruptcy Chapter 13, case number 19-11380 filed on 4/19/19 by David B Opelka and Clarita C Opelka. Case dismissed on 8/14/19 by motion of the Trustee;

6. The prior case was not dismissed pursuant to 11 U.S.C. §707(b);

7. That pursuant to 11 U.S.C. §362(c)(3) the automatic stay expired 30 days after this case was filed;

8. In addition reasonable attorney fees and court filing costs not to exceed $750.00 will be incurred for representation in this matter;

9. The debtor has not filed a motion to impose the stay within the 30 days of the filing of the bankruptcy case;

**WHEREFORE,** NEW RESIDENTIAL MORTGAGE, LLC prays this Court enter an order pursuant to 11 U.S.C. §362(j) confirming termination or absence of stay, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this January 3, 2020.

Respectfully Submitted,

Codilis & Associates, P.C.

By: /s/ Karl Meyer
Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-18-03113)**

NOTE: This law firm is a debt collector.